UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDRON L. MILLER,<br><br>      Plaintiff,<br><br>  v.<br><br>YAKIMA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>      Defendant. | NO: 1:17-CV-3154-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

  Before the Court is Magistrate Judge Rodgers' Report and Recommendation, ECF No. 9, to dismiss the complaint with prejudice for failure to state a claim upon which relief may be granted and to count the dismissal as a "strike" under 28 U.S.C. § 1915(g).  Plaintiff has not kept the Court informed of his current address and a copy of the Report and Recommendation, mailed to Plaintiff at the Yakima County Jail, was returned as undeliverable on February 22, 2018.  *See* ECF No. 11.  Plaintiff is proceeding *in forma pauperis;* Defendants have not been served.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
COMPLAINT WITH PREJUDICE -- 1

Magistrate Judge Rodgers found that Plaintiff had failed to name a person amenable to suit under 42 U.S.C. § 1983, and Plaintiff did not present facts supporting a municipal liability claim under *Monell v. Dept. of Social Services,* 436 U.S. 658 (1978). *See United States v. Kama*, 394 F.3d 1236, 1239 (9th Cir. 2005) (Ferguson, J., concurring) (municipal police departments and bureaus are generally not considered "persons" within the meaning of section 1983). There being no objections, **IT IS HEREBY ORDERED** that the Report and Recommendation, ECF No. 9, is **ADOPTED** in its entirety, and the complaint, ECF No. 7, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous, malicious, or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter Judgment, forward copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE -- 2

the Office of the Attorney General of Washington, Corrections Division. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** March 21, 2018.

                                         *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE -- 3