# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

SUNDRON L. MILLER,

_____  )
*Plaintiff*                                )
v.                                          )
YAKIMA COUNTY DEPARTMENT OF                 )
CORRECTIONS,                                )
                                            )

_____
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-3154-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Order Adopting Report and Recommendation and Dismissing Complaint With Prejudice (ECF No. 9) is ADOPTED
in its entirety and the Plaintiff's Complaint (ECF No.7) is DISMISSED WITH PREJUDICE for failure to state a claim
upon which relief may be granted, 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Rosanna Malouf Peterson. _____

Date:  March 21, 2018 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____